UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:26-cv-07571-CV-KS                                             Date: August 11, 2026

Title    *Jimmenna Patricia Castro Landaverde v. Ernesto Santacruz, Jr. et al.*

Present:  The Honorable:     Karen L. Stevenson, Chief United States Magistrate Judge

| Kerri Hays | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) MINUTE ORDER DIRECTING RESPONDENTS TO FILE A RESPONSE TO THE COMPLAINT**

On July 13, 2026, Petitioner, represented by retained counsel, filed an Emergency Motion for Temporary Restraining Order ("TRO Motion") seeking to prevent U.S. Immigration and Customs Enforcement ("ICE") from arresting her at a scheduled July appointment.  (Dkt. No. 1.)  Plaintiff's counsel subsequently filed a Complaint[1] after being directed to do so by the Clerk's Office and the Court.  (Dkt. Nos. 3, 5, 6.)  The Complaint reflects that Petitioner was not detained at her July appointment.  (Dkt. No. 6 at 2.)  As a result, the presiding District Judge denied Petitioner's TRO Motion as moot.  (Dkt. No. 8.)

However, in the Complaint, Petitioner seeks the same injunctive relief as to her next appointment scheduled for September 14, 2026.  (Dkt. No. 6 at 2.)  Therefore, Respondents are ordered, **on or before August 18, 2026**, to file a response to Petitioner's Complaint as they would a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 pursuant to the Court's General Order 26-05.  Upon service of the government's response, Petitioner may file a reply within three court days and the matter will be taken under submission.

\\

---

[1]  Due to the nature of this action and the relief sought, a complaint is not procedurally proper.  However, because the Complaint here functions in all material respects as a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, and because briefing under General Order 26-05 has been ordered in this action, the Court construes the Complaint as a § 2241 petition and allows the matter to proceed with the Complaint as the operative pleading.

---

CV-90 (03/15)                          Civil Minutes – General                          Page **1** of **2**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:26-cv-07571-CV-KS                                            Date: August 11, 2026

Title   *Jimmenna Patricia Castro Landaverde v. Ernesto Santacruz, Jr. et al.*


**IT IS SO ORDERED.**

**Initials of Preparer**                    :

klh