UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-07571-CV-KS Date: November 6, 2026

Title *Jimmenna Patricia Castro Landaverde v. Ernesto Santacruz, Jr. et al.*

Present: The Honorable: Karen L. Stevenson, Chief United States Magistrate Judge

| Artra Rice-Nelson for Kerri Hays | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings: (IN CHAMBERS) MINUTE ORDER DIRECTING A RESPONSE FROM PETITIONER**

The Court observes that the pending Complaint/Petition concerns Defendants'/Respondents' "stated intention to arrest Plaintiff at her next scheduled reporting appointment," which was "scheduled for September 14, 2026." (Dkt. No. 6 at 2.)

However, that date having passed, and the presiding District Judge having already denied Plaintiff's/Petitioner's motion for an emergency injunction as moot because it sought to prevent Plaintiff's/Petitioner's detention at a check-in that already passed (Dkt. No. 8 at 2), the Court ORDERS counsel for Plaintiff/Petitioner to file **one of the following by November 20, 2026**: (1) a STATUS REPORT explaining why the pending Complaint/Petition is not moot and informing the Court what issues, if any, remain to be decided in this proceeding; (2) an AMENDED PLEADING; OR (3) a NOTICE of VOLUNTARY DISMISSAL.

If Plaintiff/Petitioner currently remains free of custody despite her assertions to-date that she feared imminent arrest and detention at two prior ICE check-ins, any amended pleading must establish – in light of these facts – that Plaintiff/Petitioner has Article III standing and that her claims are ripe for review. *Meinecke v. City of Seattle*, 99 F.4th 514, 520 (9th Cir. 2024) ("To bring a claim for prospective injunctive relief, the plaintiff must demonstrate that he has suffered or is threatened with a concrete and particularized legal harm, coupled with a sufficient likelihood that he will again be wronged in a similar way.") (citation, internal quotation marks, and brackets omitted); *see also Flaxman v. Ferguson*,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-07571-CV-KS Date: November 5, 2026

Title *Jimmenna Patricia Castro Landaverde v. Ernesto Santacruz, Jr. et al.*

151 F.4th 1178, 1184 (9th Cir. 2025) ("To protect against judicial engagement in hypothetical or speculative disputes, a claim is not ripe for adjudication if it rests upon contingent future events that may not occur as anticipated, or indeed may not occur at all.") (citation, internal quotation marks, and brackets omitted).

If Plaintiff/Petitioner files an amended pleading, the Court directs Respondents to file a response to the amended pleading on or before November 27, 2026. Petitioner may then file a reply in support of the amended pleading on or before December 2, 2026.

**IT IS SO ORDERED.**

**Initials of Preparer** :
an