UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-CV-07571-CV-KS Date: November 24, 2026

Title *Jimmenna Patricia Castro Landaverde v. Ernesto Santacruz, Jr. et al*

Present: The Honorable: Karen L. Stevenson, Chief United States Magistrate Judge

| A. Nelson for K. Hays | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

The pending Complaint/Petition concerns Defendants'/Respondents' "stated intention to arrest Plaintiff at her next scheduled reporting appointment," which was "scheduled for September 14, 2026." (Dkt. No. 6 at 2.) That date has since passed, and the presiding District Judge has already denied Plaintiff's/Petitioner's motion for an emergency injunction as moot because it sought to prevent Plaintiff's/Petitioner's detention at a check-in that already passed (Dkt. No. 8 at 2). Consequently, on November 6, 2026, the Court ordered counsel for Plaintiff/Petitioner to file one of the following by November 20, 2026: (1) a status report explaining why the pending Complaint/Petition is not moot and informing the Court what issues, if any, remain to be decided in this proceeding; (2) an amended pleading; or (3) a notice of voluntary dismissal. (Dkt. No. 13 at 1.)

To date, counsel for Plaintiff/Petitioner has not filed any of the above or had any other contact with the Court.

Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's/Petitioner's failure to comply with the Court's November 6, 2026 Order pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, which provides that an action may be subject to involuntary dismissal "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order."

However, in the interest of justice, Plaintiff/Petitioner is **ORDERED TO SHOW CAUSE on or before December 8, 2026**, why the Court should not recommend that the action be dismissed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-CV-07571-CV-KS Date: November 24, 2026

Title *Jimmenna Patricia Castro Landaverde v. Ernesto Santacruz, Jr. et al*

under Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff's/Petitioner's response to this Order to Show Cause must include either:

(1) a request for an extension of time to file an Amended Pleading accompanied by a sworn declaration **that establishes good cause** for both Plaintiff's/Petitioner's failure to timely file an Amended Pleading and her need for additional time; *or*

(2) a complete Amended Pleading that fully complies with the Local Rules, Federal Rules of Civil Procedure, and this Court's orders, most notably the Court's November 6, 2026 Minute Order directing Plaintiff's/Petitioner's counsel to file a response.

Alternatively, if, as the Court noted in its November 6, 2026 Order, Plaintiff/Petitioner concludes she is currently unable to comply with the deadlines necessary for prosecuting this action, Plaintiff/Petitioner may discharge this Order and dismiss this case without prejudice by filing a signed document entitled a "Notice of Voluntary Dismissal" requesting the voluntary dismissal of the action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**Plaintiff/Petitioner is expressly cautioned that the failure to respond to this Order WILL result in a recommendation of dismissal based on Rule 41 of the Federal Rules of Civil Procedure.**

**IT IS SO ORDERED**.

| | |
|---|---|
| | N/A |
| **Initials of Preparer** | an |